IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARTY M. WESTPHAL                                                                PLAINTIFF

v.                                    Civil No. 2:15-cv-02005

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                                   DEFENDANT

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and Plaintiff's Complaint is hereby dismissed with prejudice. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

**IT IS SO ORDERED this 28th day of October 2015.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE